```
                        IT IS HEREBY ADJUDGED
                        and DECREED this is SO
                        ORDERED.
```


Matthew A. Silverman (018919)  
Jessica R. Kenney (026615)  
**McCarthy ◆ Holthus ◆ Levine**  
8502 E. Via de Ventura, Suite 200  
Scottsdale, AZ 85258  
(602) 230-8726  

Dated: February 04, 2011

_____  
**SARAH S. CURLEY**  
**U.S. Bankruptcy Judge**

Attorneys for Aurora Loan Services LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Frances Gilbert,<br><br>        Debtor.<br>_____<br>Aurora Loan Services LLC, its assignees and/or successors,<br><br>        Movant,<br><br>  v.<br><br>Frances Gilbert, Debtor; and Russell Brown, Chapter 13 Trustee,<br><br>        Respondents.<br>_____ | In Proceedings Under<br><br>Chapter 13<br><br>Case No. 2:10-bk-07007-SSC<br><br>**ORDER TERMINATING AUTOMATIC STAY AND GRANTING MOTION FOR ABANDONMENT OF ESTATE PROPERTY** |

      Aurora Loan Services LLC, its assignees and/or successors, having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 7254 Eldora Avenue, Las Vegas, NV 89117, and Aurora Loan Services LLC, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Trustee is hereby deemed to have abandoned the Property from the estate, and, therefore, the Property no longer is property of the estate.

**IT IS FURTHER ORDERED** that:

Aurora Loan Services LLC, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. Aurora Loan Services LLC may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE