BRIAN A. PAINO (AZ BN 027091)
KYLE J. SHELTON (AZ BN 027379)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
kshelton@piteduncan.com

Attorneys for DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2005QA10

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

Dated: February 04, 2011

_____
SARAH S. CURLEY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>FRANCES GILBERT,<br><br>    Debtor(s).<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2005QA10,<br><br>    Movant,<br><br>    v.<br><br>FRANCES GILBERT, Debtor(s);<br>and RUSSELL BROWN, Chapter 13 Trustee,<br><br>    Respondents. | Case No. 2:10-BK-07007-SSC<br><br>Chapter 13<br><br>ORDER FOR RELIEF |

    Movant's Motion for Relief from the Automatic Stay and Co-Debtor Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.    The automatic stay and co-debtor stay of 11 United States Code section 362 and 1301 is hereby immediately terminated as it applies to the enforcement by Movant of all of its

rights in the real property under the Note and Deed of Trust commonly known as 7846 Arden Grove Street, Las Vegas, Nevada 89113 ("Real Property"), which is legally described as:

> LOT TWENTY (20) OF FINAL MAP OF NEVADA TRAILS R2-70 NO. 13. A COMMON INTEREST COMMUNITY AS SHOWN BY MAP THEREOF ON FILE IN BOOK 115 OF PLATS. PAGE 1 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

4. Upon foreclosure, in the event Debtor fails to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

5. If the Trustee is making payments to Movant, the Trustee shall cease making such payments at the next regular disbursement following service of this Order;

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

8. Counsel for Movant is to serve a copy of this Order immediately upon Debtor, Debtor's counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this _____ day of _____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE