# TIFFANY & BOSCO
#### P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-54525

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

Dated: February 07, 2011



_____
**SARAH S. CURLEY
U.S. Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Frances Gilbert<br>　　　　Debtor.<br>_____<br>HSBC Bank USA, National Association, as Trustee for the holders of the Certificates issued by Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR3 by its Attorney in fact Wells Fargo Bank, N.A.<br>　　　　Movant,<br>　　vs.<br><br>Frances Gilbert, Debtor, Russell Brown, Trustee.<br><br>　　　　Respondents. | No. 2:10-BK-07007-SSC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #105) |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 26, 2006 and recorded in the office of the Clark County Recorder wherein HSBC Bank USA, National Association, as Trustee for the holders of the Certificates issued by Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR3 by its Attorney in fact Wells Fargo Bank, N.A. is the current beneficiary and Frances Gilbert has an interest in, further described as:

> Lot Three (3) in Block One (I) of SOUTH CREEK SUBDIVISION, as shown by map thereof on file in Book 65 of Plats, Page 16, in the Office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.